WILLIAM F. LANSING, Appellant, *v.* RICHARD EVANS, Respondent, Impleaded with Another.

*Lansing* v. *Evans*, 77 App. Div. 632, affirmed.
(Argued June 17, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 29, 1902, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*A. M. Mills* and *J. D. Beckwith* for appellant.

*Fred. Linus Carroll* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

MARY A. FITZGERALD, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Fitzgerald* v. *N. Y. C. & H. R. R. R. Co.*, 84 App. Div. 59, affirmed.
(Argued June 17, 1904; decided August 5, 1904.)

APPEAL from a judgment, entered May 19, 1903, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term after a verdict had been rendered in favor of plaintiff and directing judgment for plaintiff on the verdict.

*Henry Purcell* for appellant.

*Virgil K. Kellogg* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not voting : PARKER, Ch. J. Not sitting : GRAY, J.